NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE PRINCETON DIGITAL IMAGE CORPORATION,
*Petitioner.*

---

Miscellaneous Docket No. 136

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0039, Judge James Rodney Gilstrap.

---

## ON MOTION

---

## ORDER

Upon consideration of Princeton Digital Image Corporation's unopposed motion to withdraw Timothy N. Trop as counsel,

IT IS ORDERED THAT:

The motion is granted.

IN RE PRINCETON DIGITAL IMAGE                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s19